■■■■■■■■■■■■■■■■■

(May 9, 1973)

■ SAGGOLF CORPORATION, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 49827.) — Motion pursuant to subdivision 5 of section 20 of the Court of Claims Act, granted, and the Comptroller is directed to pay to appellant the full amount of the judgment entered October 26, 1971. Herlihy, P. J., Greenblott, Cooke, Sweeney and Reynolds, JJ., concur.

■ In the Matter of the Accounting of ERNST A. KOPP, as Cotrustee of the Trust Created by LEWIS W. BARTON, Deceased. THOMAS BARTON et al., Respondents; JOHN J. GLAVIN, as Cotrustee of the Trust of LEWIS BARTON, Deceased, Appellant.— Motion to dismiss appeal as untimely taken denied, without costs and without prejudice to renewal upon a showing that written notice of entry of the Surrogate's decree was served upon appellant so as to commence the running of his time to appeal (SCPA 2701; CPLR 5513, subd. [a]). Staley, Jr., J. P., Greenblott, Cooke, Sweeney and Kane, JJ., concur.

■ - In the Matter of JANE RAMOS, Individually and on Behalf of All Other Enrolled Members of the Democratic Party, Similarly Situated, Respondent, v. HOWARD ALPERT et al., Constituting the Board of Elections of the County of Albany, Appellants, and DANIEL O'CONNELL, as Chairman of the Democratic Party of Albany County, Respondent. In the Matter of DAVID SAWYER, Individually and on Behalf of All Other Enrolled Members of the Democratic Party, Similarly Situated, Respondent, v. HOWARD ALPERT et al., Constituting the Board of Elections of the County of Albany, Appellants, and DANIEL O'CONNELL, as Chairman of the Democratic Party of Albany County, Respondent. In the Matter of JOSEPH C. FRANGELLA, as Chairman of the Albany County Republican Committee, Respondent, v. HOWARD ALPERT et al., Constituting the Board of Elections of the County of Albany, Appellant.— Appeals from orders of the Supreme Court at Special Term, entered May 4, 1973 and from a further order entered May 7, 1973 in Albany County, which, in proceedings pursuant to CPLR article 78 and section 330 of the Election Law, direct the Board of Elections of the County of Albany to accept for filing designating petitions for the office of Alderman and to consider the petitions in the same manner as it would have considered them had subdivision 33 of section 149-a of the Election Law (L. 1973, ch. 26) not been enacted. Orders affirmed, without costs. No opinion. Herlihy, P. J., Staley, Jr., Cooke, Sweeney and Kane, JJ., concur.

■ In the Matter of JANE RAMOS, Individually and on Behalf of All Other Enrolled Members of the Democratic Party, Similarly Situated, Respondent, v. HOWARD ALPERT et al., Constituting the Board of Elections of the County of Albany, Appellants, and DANIEL O'CONNELL, as Chairman of the Democratic Party of Albany County, Respondent. In the Matter of DAVID SAWYER, Individually and on Behalf of All Other Enrolled Members of the Democratic Party, Similarly Situated, Respondent, v. HOWARD ALPERT et al., Constituting the Board of Elections of the County of Albany, Appellants, and DANIEL O'CONNELL, as Chairman of the Democratic Party of Albany County, Respondent. In the Matter of JOSEPH C. FRANGELLA, as Chairman of the Albany County Republican Committee, Respondent, v. HOWARD ALPERT et al., Constituting the Board of Elections of the County of Albany, Appellants.— Motion for permission to appeal to the Court of Appeals denied, without costs. Herlihy, P. J., Staley, Jr., Sweeney and Kane, JJ., concur; Cooke, J., dissents and would grant permission to appeal.